G. Edgar Allen, as Trustee in Bankruptcy of William H. Gray, an Involuntary Bankrupt, Respondent, v. Samuel E. Baily and John C. Schutte, Appellants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred.

Angelina Armenti, as Administratrix, etc., Plaintiff, v. The Brooklyn Union Gas Company and Others, Defendants. — Reargument ordered and case set down for Tuesday, April 22, 1913. If it should be held that there was sufficient evidence to require submitting to the jury the question whether the cause of the subsidence was defective or insufficient shoring, are the provisions of section 18 of the Labor Law* applicable? Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Peter Joseph Blasius, Respondent, v. Standard Oil Company of New York, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was contrary to the evidence. The plaintiff's evidence admits of no conclusion except that he was one of the gang doing the work; that whatever was the danger to which he was exposed, it was due to the manner in which the work was prosecuted, and the rule that it is the duty of the master to furnish his servant with a reasonably safe place in which to work has no application. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Georgia Bond, Respondent, v. George S. Bond and Orpha W. Bond, His Wife, Respondents, Impleaded with Ernest R. Eckley and Another, Appellants, and Others, Respondents. — Judgment affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Edward E. Cady, Respondent, v. Jeanette Holmes, Appellant. — Judgment reversed and new trial granted, costs to abide the event. It was error not to allow defendant to show all she paid Aderer on plaintiff's account. It was error not to submit the question of conversion to the jury. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Morris Epstein, Respondent, v. Louis Levenson and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

George Gabel, Respondent, v. Hastings Homes Company, Appellant. — Interlocutory judgment affirmed, with costs, with leave to defendant to answer within twenty days upon payment of all costs to date. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.